

**IT IS HEREBY ADJUDGED and DECREED that the below described is DENIED.**

**Dated: August 06, 2009**

_____
**CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MYZ TRUCKING, LLC § | CASE NO. 09-70129-RBK |
| § | CHAPTER 7 |
| Debtor § | |

### ORDER GRANTING EXPEDITED HEARING ON DEBTORS
### MOTION TO VACATE AND RECONSIDER

On this day came on to be heard the above Motion, and it appearing to the Court that the same is well taken and should be granted;

It is hereby ORDERED that the Motion for Expedited Hearing on the Motion to Vacate and Reconsider be and the same is hereby granted, and such Motion will be held by hearing on _____, 2009. Debtor's counsel shall give notice of such setting and coordinate arrangements for same.

# # #

*This Order was prepared and is being submitted by:*
*Alvaro Martinez, Jr.*
*1703 North Big Spring*
*Midland, Texas 79701*
*By Alvaro Martinez, Jr.*
*(432) 570-0056*
*(432) 570-0060 – Fax*