## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case 09-70129 |
| | § | |
| MYZ TRUCKING | § | |
| | § | |
| | § | |
| DEBTOR | § | Chapter 7 |

## WITHDRAWAL OF CLAIM

TO: CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its Priority Proof of Claim No. 2 in the amount of 1053.09, dated February 19, 2010, which was filed with the Court on February 19, 2009, for Texas Workforce Commission Account No. 851-8. Respectfully submitted, this 19th day of February, 2010.

By: _____/s/_____
Elizabeth Weber
Account Examiner
Texas Workforce Commission